TO: Clerk of Court
2/28/08

This letter is concerning these Habeas Corpus petitions, i've mailed these very petitions in and it @ clearly states what has happened. It's been one month and days since I wrote the court, on my ethnicity problems the counselors still hold me to Mexicans im white. Five full days is all it takes to have blood samples for identification of a person, i've had no responses since the 15th of January 2008. Everything is on file and full amnesty is promised to this party it's won. All petitions and clear lawsuits is here i do got CDC problems.

MANUEL TAMAYO TORRES JR.
#V12118

'08 CV 0405 BTM WMc

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILING FEE PAID  Yes___ No ✓
IFP MOTION FILED Yes___ No ✓
COPIES SENT TO  Court ✓  PreSe___

Inmate is writing this corruption, Property and Package Stolen. ①
Habeas corpus petition

This Allies caucus is based on petty theft Robbery, Conspiracy, the acts of Corruption on the taking of 100.00 dollars missing the first time. This first time I was at Via Centinela State Prison I was being harassed and followed around the yard. Subject C/O Juelta and Subject C/O Gomez would fall under the category just for the harassment alone. When I was forced to leave the yard D yard of Via Centinela while handcuffed Subject C/O Juelta followed me to one of the back rooms eye balling me with a leary stair of breaking me down as a human being. I was escorted back to the hole where property lady C/O Mr. Ryan handled my property. After two days I asked to get 2 bars of soap, toothpaste and lotion. When I asked for my things Mr. Ryan told me she wanted half my stuff, half of everything. Couple days after that Mr. Ryan was completely out of sight and I was moved from "C/O hole" to A yard 5 block hole to wait for transfer. The new property lady was Mr. Stevenson which I asked to bring me 2 more bars of soap and Deodorant, she did that was all I requested their but she Mr. Stevenson had advised me that my picture album was missing.

I transferred from Via Centinela to LA County Lancaster IN 7, 2006. I was escorted to the hole A yard 5 block at this point I truly didn't know if my stuff was stolen already from Via Centinela, But at this point and with the custody problems I was having with the correctional staff I mean I was shot by a Black C/O officer in the hole on protection of myself. It's all on camera. I had problems with a variety of C/O subjects. I was at Lancaster for 7 months or so. In January of 2007, I was transferred to California Correctional Institution where I noticed my property was missing. 30 bars of soap, 8 Deodorants, 9 bottles of lotion, 11 bottles of shampoo, 2 bags of razor blades, 11 colgate toothpaste boxes, 1 cable wire, 1 splitter, 1 baby powder and extra stuff I had in my property. On the second occasion I was missing a package of the cost of $99.00 dollars. I ordered it January 2007 I was taken to the hole over at California Correctional Institution Tehachapi where I had custody problems with subjects counselor Mr. Rose, Mr. Camacho the appeals coordinator Mr. K. Sampson, Mr. Covey, the CDO M. Carrasco Sgt. Pool, Sgt. Eiler and a variety of correctional officers. When I was transferred to Salinas Valley State Prison Soledad Ca, in November of 2007 my property was held, when I got my property I was told my package was not here. Therefor it was stolen from California Correctional Institution lots of things took place while my stay their. Six 6 (medicated) Anti-fungal Powders were also stolen added up to $15.00 alone Via Centinela.

Manuel Tamayo
Torres Jr. #V1218
[signature]

```
STATE OF CALIFORNIA              DEPARTMENT OF CORRECTIONS
INMATE PASS                              CDC 129 (7/88)
                                 HOUSING #:
RM: A4-102U
TORRES, MANUEL    V-12118        PASS FROM:
PASS TO:
         BUSPIRONE 15MG TAB      60    V-12118
         TAKE 1 TAB TWICE A DAY
REASON:  *** DOT ***
         RX: 851637- @ 11/28/07  12/28/07
ARRIVAL TIME:                    RECORDED BY:

DEPART TO:        TIME:           RECORDED BY:
```

Example = GLN 500mgs / 15mg BUSPIRONE

The cause of the Grisiofulvin 500mgs caused suvior excruciating pain and still is causing worse pain to my stomach, I can't eat healthy my stomach pulls with throbbing contractions. I know Ms. Salazar knew the pain I was going to have, but yet how did the laboratory deliver a pharmaceutical made for woman. Everyone knew the pill would cause serious pain I've had serious hormonal problems, discharges I've got a serious vernonal disorder because of Grisiofulvin, would I be able to produce healthy children, do I have a healthy count. I have discharge walking the grounds. I have to starve myself to keep my stomach law of gravity and air. And yet the doctor may I add the very same ethinicity of doctor gives me prescribes to me another pill another pharmaceutical called Buspirone 15mgs, but the pharmaceutical is made for woman having pregnancy problems. It's made to woman on the verge of abortion waiting to lose a baby do to problems buspirone controls and ellimanates parasites and worms. Yet I continue with stomach cramps I think I know what a woman feels like when experiencing a period but mine never stops. Fertility pills are dangerous for a man.

# V12118

... ... with the Attempt of Murder, A Racial Crime with Intentional Selection of corruption and conspiracy.
<u>Allies Caucus, Habeas Corpus Petition</u> (1)

Once again I introduce myself Manuel Tarraya Torres Jr. COC# V12118, with the note of my uncle C/O Wayne Human Correctional officer. When I was a boy a long time ago uncle Wayne Human and wife Carton speaks for me if something ever happened to me here in prison im sure one took me out to the convention centers to look at yacts. He wanted one that is C/O Wayne Human but what kind of money would it take to buy one if tell you 1.5 million dollars. It gets alot of money you'd have to work lots of years with sacrifice, all these years went by and no yacht, what better opportunity now im in prison CDC works together their aint nothing like insurance money and what better way than pharmaceuticals transition to the blood, liver, brain killing a person slowly from the inside waiting for enternal bleeding the suffication of a corpse.

In July of 2004 I filled out a doctorship looking for Medical treatment for a fungal disorder I have on the toenails. I was called in for a look got critical peak by Dr. Salazar which then scheduled me for bloodwork. One cylinder two the priest is necessary for work my liver was currently healthy ranked at 41 percent Dr. Salazar perscribed me Grisofulvin 500 mgs. I started immediately perscribed for six refills my third time around Dr. Salazar had tiers in her eyes she knew she was breaking the law. I didnt know it yet but she was giving me the wrong pill a heart pill something only for women, she called me back in for more vicol 4 times more. I complied thinking my toenail disorder was going to go away so I was happy in a way I was fixing a problem I had. Dr. Salazar keep on giving me this grisofulvin without any problem. Not one person reported this not one nurse nor the person making the medicine.

On the yard at Pleasant Valley State Prison Coalinga Ca. 93210, I was treated 4 to 5 months before I left the yard for battery on another prisoner. I caugh Hepatitis-C from this battery I was tested 30 days later I was positive, I still continued Grisofulvin 500 mgs. For the six months, in January of 2005 I was done taking the pill. Now when I was transferred to Via Centineia State Prison I had no problems till December 2005, the next year of 2006 I tested again for Hepatitis-C and it wasnt their anymore but all these problems started my nose tore from the inside started bleeding. I was getting very anxious with the problems Grisofulvin now started to work away at my **body** showing me the power of the pill. Respational starting with problems closing away rejecting my air flow making me color like blue, pail red before this I was having temporal problems excrusiating pain my arteries would dictate not letting my blood flow to the brain causing air bubbles. The pain dropped me off my feet to the floor. So much blood not circulating will cause disertarge so I suffered loss of blood many times with the excrusiating pain, I was waiting the burst of my bubble enternal bleeding I had the flash of my life the only thing I could think of is being pulled out of my cell in my own blood. This went on for months the uncontrolable anxiety caused me to go triple CMS the pain I felt, I was started on a Psych medication that I stopped taking it wasn't working for me.

The last incident I had was over at Lancaster state prison that excrusiating pain and lost of air I asked for help C/O staff left me on the floor without concern. I still can't control the anxiety to this day I can't talk right I got criture notes in my fingernails. All medical coordinator of appeals wanted to cover this up all staff no help. At this time im having very serious discharge personal problems my pants are always wet this pill effects pregnancy and birth control.

My liver was effected by the grisofulvin scarrs, the pill never worked my organs got worst my liver was effected by 1 percent brought to 42 percent. The normal is 41 percent my liver was at 41 percent till I took grisofulvin now its effected by 1 percent and is at 42 percent and will stay there. After we tested my liver for Hepatitis-C after a fight I got I tested positive I was at over 100 percent they still continued the pill without concern. I cured myself getting my liver back from the Hepatitis-C called the TORRES CURE allowing me to bring my liver back down to 42 percent. If any living organism was to come in contact with Hepatitis-C

Petition

Writ of Habeas Corpus Petition
Correctional Brutality
Holding me by will
falsifying my C-File.

My name is MANUEL TIVIANO TORRES JR. CDC# V12118, This "petition", this is based on Intentional Selection of Conspiracy, the attempt to commit conspiracy, corruption, aggravated assault, assault, assault with force, GBI Great Bodily Injury, attempt to assault with force, instigating with prisoner for cause to assault prisoner with force with intentional selection, torture in the first degree, plotting and planning out conspiracy. These charges felony charges are very serious, there not allegations it's the truth on filing corpus petition the truth, the whole truth and nothing but the truth will be told. Hate crimes, racial intentions on opportunity to harm were involved. May I state for the record that I, MANUEL TIVIANO TORRES JR, am a former U.S. Marine and hold credentials for the International Guard making this a testimonial accrediting a person. CDC looks at this Habeas Corpus Petition along with all subjects that took part in incidents, this way it's their word against mine, poly graph is what is needed and all will tell.

On 8/20/03, I was arrested in the city of San Ysidro Ca, I was taken to the San Diego County Jail after a couple of days I was transferred to South Bay County Jail to await my court date. Before I was booked my white and blue Nike Max were taken by the arresting officer he put them in his trunk and left. When I got to South Bay entering the unit one of the C/O officers working the control booth yelled at me instructing me to go into the party hole, I complied with C/O order. He then keep on yelling, I'm here on the charges of assault with force and Great Bodily Injury I was only protecting myself these C/O officers, prison guards, subjects will not push me nor aggravate me to touch, harm, hit, hurt nor put in danger a life of a uniform of state. But it would be the perfect charge to hold me up on, after the officer instructed me he called for backup. They cuffed me and threw me into the hole, I was there 48 hours before being released. I was there three months or so awaiting trial to determine the formal matter of issue of misfortune. I was sentenced to serve a six year term on behalf of the issue, I was moved. The other subject that took part was sentenced to one year with half time he did his time at George W. Bailey were his brother works C/O Aguilar, there hole family testified against me at trial it was there fight but I got in and I payed for my actions very clearly I hurt a person as an individual and I hurt a family.

I was moved to George Bailey at I moved to CDC Donovan State Prison of San Diego where my uncle works C/O Mr. Wayne Holman. So you'd think my time would be a walk through in the park country, as I got to reception one C/O Harrier got on me with out cause yelling with misconduct of rules aggravated me to take charge with san R attempt to assault a Correctional officer. I turned my back away and walked away I got no reason to fight one soul, things took a turn around for the next two months only C/O Harrier harassed me the time at Donovan. I did speak to the counselors I was told I would be transferred to Blythe California Ironwood State Prison that was a lie I was transferred to Coalinga Ca. Pleasant Valley State Prison. Upon my arrival to Pleasant valley State Prison in the hole I saw my uncle. C/O Wayne Holman came by but he never stopped and I didn't attempt to call him, now it was really him I seeing, he followed me up north or it was a perfect look a like. Oh he looked directly at me seeing what a coincidence he never stopped. I was moved to B yard where a riot broke out I was the target of a racial conflict between the Mexicans im just a white boy doing time.

(2)

When all was settled I was on the floor and some Mexican C/O's approach me using force to assault me picking me up and slamming me to the ground. Tower shot at me the rifle was used I got away with being hit but not with the rifle. I suffered fractured possibly broken ribs but I did not see the doctor ribs must heal alone. I was rehoused to C yard with some problems with C/O's, I went to the hole and was harassed by C/O's Sgt. Reeser, C/O Mendenhall many other subjects involved my property was stolen my store was replaced with other things we spoke and came to the verbal understanding of conclusion I only wanted to do my time without problems, I x-rayed my ribs our very blurry

January–February of 2005, I was transferred to via Centinela State Prison upon arrival off the bus the C/O office was full of Sgts and C/O's I was called in I sat down they all started to laugh so I say I'm going to have problems here. I was released to the yard C yard harassment started I was moved to another block SPLK Cyard). The problems continued with C/O staff, I was forced off the yard when so some of my property was missing I let it go. Rehoused to Ayard were some Mexican C/O harassed me in two block I was shortly rehoused to 3 block were a C/O white harassed me yelling profanity bothering me. Immediatly I was taken to administrative segregation to await rehousement to another yard 72 hours later I was taken to Dyard were I had more complications with C/O staff.

It was now June of 2005, C/O's rehousing me to another block 3 block were I was having problems with my cellmate I requested to the C/O's that they move me they refused to and I had to sign a affiliation chrono if I wanted to move. I complied to sign to get out the cell but I told the Mexican C/O I was not affiliated to any gang he still conspired to fill it in with affiliation to the sureño prison gang. I was moved and moved and moved some more with problems with Mexican prisoners, when moved to one block I had Mexican C/O's searching my cell I had C/O Delta following me around the yard harassing me, bothering me with intent. This went on for weeks and weeks I was forced to move to another block because the Mexicans wanted my cell and the C/O's gave them what they wanted. Over in 2 block rehoused a C/O Gomez

had it in for me I expressed my problem but the C/O's subject officers wanted trouble they yelled they told me to handle mines. I had nothing to handle or proof I only protect myself against another prisoners that poses a threat to my life or well being. I went to the hole shortly after white cuffed in some back room C/O Delta came in I was sprayed already C/O Juelta eyeballed me he wanted me to run at him handcuffed so he could have cause to assault me slam me and spray me. I was escorted to the hole an wait for transfer to Lancaster Los Angeles county. When I got their I told C/O I couldn't cell with Mexicans due to racial problems I was celled alone for awhile I told C/O I couldn't be out on the alone with Mexicans they still threw me out their, I was assaulted it was caught on the hole camra, I told the counselor Mr. Rhodes I was white Caucasian white I had to be changes as of ethnicity they got me down as a Mexican or Hispanic. My mother was calling Bertha Torres they just disregarded her in the most disrespectful way and manner telling her I was old already these counselor taunted me because my last name of Torres.

Counselor Mr. Rhodes agreed to change my ethnicity to white upon receiving my birthcertificate, so I had it mailed in the counselor called the I.N.S. they drove down to see me. I mailed my birthcertificate to subject Mr. Rhodes he never made the change of ethnicity and he stole my birthcertificate. Still at Lancaster one C/O Baldwin applied this atrocious remark he was going to look for me and put a bullet directly in between my eyes when he found me, so now that's a threat against my life. I was there at Lancaster for seven months or so, I was transferred to CCI, California Correctional Ins. Tehachapi, Ca. Upon my arrival I was okay but after may I say before I spoke with subject counselor Ms. Rose I told her my problem she replied your white but your last name is Torres and started laughing she said you'll never cell white I told her my birthcertificate was on file, they didn't have it on file meaning it was stolen. I was released to the yard I started having problems I asked the counselor to change my ethnicity to white they all refused the coordinator of Appeals Ms. K Sampson replied over the phone she would throw me in the hole if I 602'ed and appealed my case one more time.

On March 13, 2007 I was removed from the yard without charges nor a cause on March 23, 2007 I was assaulted with force with no remarks nor feelings.

Next Page

What a coincidence on 1/23/07 some time between 1/16/07 and 1/23/07 and 2/19/07 and 2/23/07 in the state of Hawaii, the islands of Honolulu and Maui a couple of white people were assaulted on the beach front and told to leave and the other time a couple were beaten inside a grocery parking lot. What it comes to is I'm a bit Hawaiian and the counselors knew this already, I told them and of course they got my DNA so they would know. On 8/23/07 about 7:30 am hours second watch staff planned my assault out. In charge was all counselor subject Mr. Rose the coordinator of appeals Mr. K. Sampson Sgt. Paul, Sgt. Eiler with their clicks. Before this started subject CIO Avalos said to me the day before to cut my hair, I said no I wouldn't and the morning of the 23rd, he stood at my cell door while CIO Nelson worked control opened and closed my cell door with nothing but laughter in the air.

The hole second watch showed up at my door minutes after ready for a fight, I told them I would never fight them. It made them frustrated. I told them to let me cuff up repeatedly they were looking for a fight. Sgt. Eiler finally let me cuff up I was ordered to the floor I complied upon the opening of the door in administrative segregation I was held by the hair and pulled iron shackles were than cuffed to the ankles, my hair pulled out in all and dropped out the cell down to the hallway slammed to the wall while all second watch screamed profanity beyond my mind. Lifted into the air being punched battered assaulted with closed fists assaulted I was pinched with the lifting of my shirt over my head assaulted more they yell come on with more profanity. I yelled over and over I will never fight you, I will never lift a shoulder at you.

Subjects than held me up more feet off the ground and slowly with their feet to the middle of the iron shackles pulled down slowly piercing through my skin making me yell, they let up and done it again many times making me yell more in excruciating pain making it torturous. Creature hole in my ankles now still going down into them and letting up with no remorse nor feeling. On that hour the person known as my father was next door in Module 8A/yard 4A/cell 208 listening to the hole thing I yelled out for my father (Manuel Tamayo E06577) he yelled back. Sgt. Eiler took me out to the front were Sgt. Paul got into my face they threw me into a cage shackled and cuffed my father was brought out to speak with me Sgt. Eiler told me to cool off and said he was going to tell people I made a threat against his life, I got scars all around my ankles some blood discharged when they let me shower.

I told the psychologist Mr. Genell-man they were moving me and I was going to get assaulted again. Moved in 4A/6c/208 during showers subject CIO Snyder assaulted me coming back from shower he struck me almost throwing me to the floor one strike to the back of the neck paralyzing me for 6 days. I filed with appeals and I was called a liar and was only making allegations, the CIO M. Carrasco covered it up CDC will always cover it up, their all together that's why polygraph is necessary. When I went to committee Sgt. Paul made many racial comments about me being Hawaiian. I ask subject Mr. Covey to change me to white he would not do it. My hole time at California Correctional institution the subjects as counselor robbed me of every money order not owing money they took $2.50 cents I filed I got no responses only cover-ups. Considering my uncle C/O Wayne Haiman works for CDC it would of made my term termless without a problem in this case why did he follow me up north, why didn't he speak to me it's a conspiracy alright I'm now a prisoner a felon a criminal. I bet C/O Wayne Haiman wanted a crack at me but now is he going to touch me himself their will be serious family problems, so he has CDC do it to me. I'm being held to another ethnicity of race and color. I'm asking I be tested through my blood I want this fixed I've lost all my time the counselors have no show of care and I got nothing to lose. Civil suits and charges are seeked I've lost a lot of time no matter were I'm at everyone talks and I hear it at all times. When it comes times to speak to CIO staff counselors, medical staff or psychologist I freeze because the conspiracy that's taking place I know they all mean me harm. My performance to talk drops making me incapable of talk. Back in April 4, 07 subjects C/O's Pierre, C/O Gonzales entered my cell modeled 4A/6c/208 and trashed...

I was attacked by Mexicans over at Pleasant Valley State Prison Coalinga California and I went through excruciating pain the Mexican saw the opportunity and took it, I was kicked, battered and beaten. When I woke up the next morning I was broken I couldn't get up, I had to roll over I suffered broken ribs from the kick I took with boots or hard souls, the impact was next to the air bags. I never went to the doctor, I know the treatment we get here, so I let it go the ribs heal alone. I went on for one year and eleven months or so which I got to California Correctional Institution I had problems with Mexicans and the counselors did not care they moved me to another ethnicity. I had the doctors, I could taste my blood coming up my windpipes all along, the chest wall so they took x-rays they were very blurry and bad.

#V12118

DUE TO FALSIFICATION OF RECORDS

Due to my falsification of ethnicity by CDC counselors me Manuel Tamayo Torres Jr. CDC# V17118, I have lost one years time due to opportunity of racial conflicts. I'm a Caucasian white male, this Habeas Corpus petition is being filed under § 3021 Falsification of Records and Documents, under title 15 Rules and Regulations, this must be corrected, I've been under extreme pain since February 13, 2005. All counselors have have rejected me due to my last name Torres, they have made many racial comments because of my last name herein this Habeas Corpus petition is filed, a lawsuit is filed, this is the only way of doing and settling argument. Under § 3025, Article 1.5 D.N.A and forensic identification states CDC identifies you by the department of Justice DNA, and forensic identification database and data bank Program. So All counselors herein know I'm Caucasian white my mother has called almost every morning to identify her son being me they do the very same thing ignore my mother. Upon receiving this letter the court should have my DNA, my blood specimens and or biological samples if needed swapped up. Knowingly tampering with my identification of a person is a crime it is a hate crime my uncle works for CDC Donovan Reception Center San Diego, this is intentional selection. Name of so called uncle is Wayne Holman so we all know what this is.

I've been having cruel treatment CDC has refused to let me enter the law library for legal research they've refused to let me enter the law library to get legal copies of court papers. So as you read, with the conspiracy everyone knows CDC has everything to lose.

*[signature]*
#V17118

MANUEL TAMAYO TORRES JR.,
Plaintiff
vs.
MARVIN SNYDER,
Defendant

        I like to introduce myself and my case to the people and the court. Habeas corpus petition. My name is Manuel Tamayo Torres Jr. #V12118. My father's name is Jose Elias Torres he's a U.S. Navy military Seal as for my grandpa John Torres was a U.S. military Navy seal. My grandpa fought Pearl Harbor back in the 1940's we are Caucasian white. I've had lots of problems with CDC because my last name is Torres. I've been harassed and repeatedly attacked by white people because of my last name, I'm a former U.S. Marine I never made it out to the military because I came to prison for assault, I was protecting myself. I also hold credentials for the U.S. International Guard. Since I've been here in prison I've had nothing but conspiracy, conspiracy, conspiracy. My uncle C/O Wayne Harman works over at San Diego Donovan, the minute I walked in to reception center Donovan I had C/O yelling at me. I'm a white male with eyes that turn blue and other colors with freckles. I just wanted to do my time and get out. My mother Bertha Torres calls the counselors tell her I'm old already but it's only cause my last name, another inmates mother call the Sgt. walks down to talk to them.

        Habeas corpus petition on 9/1/07 over at California Correctional Institution Tehachapi CA. harassed in 4/6/08. The psych tech Mr. Snyder walked in, and as usual he came in taunting me but this day Mr. Marvin Snyder knew my mother's name. He went around the hole back saying I belonged to Bertha Torres I was listening very closely. When he was three doors away he kept on going, I was cleaning my cell at the time and people had the hole tier flooded. Mr. Marvin Snyder approached my cell 208, I immediately asked him for his last name he refused to give it to asking why didn't I want his name he gave the last name of Mr. Rounds once, another inmate told me he was lying. Subject Mr. Marvin Snyder walked away from my cell and away from my cell doors I didn't see when he walked off the tier before he left my cell he just looked at me as if we were having some stand off. My neighbors down in 206 Fernando Gonzales and Tony Gilmer asked what was going on with the psych tech Mr. Snyder and why was he saying my moms name. I already had problems with CDC staff Sgt. Paul the counselors because I'm a bit Hawaiian American I'm a plain American with Hawaiian in me. Back in January and February of 2007, some white people where assaulted on the beach front of Hawaii and told to leave the beach 9 whites. And on the other island of Hawaii of America a man and his wife were beaten by a Hawaiian father and son inside a grocery parking lot.

        Habeas corpus petition Mr. Snyder went down to tell 2nd watch staff I had threw a liquid substance at him the tier was already flooded, Subject Snyder told C/O J. Bellinger, C/O Blankenshim, C/O Gonzalez, C/O's all C/O's that he Mr. Snyder had felt a single droplet of water on his forehead while walking away from my room. He was five feet away from all doors and he was walking away from my cell about two doors down. It's impossible from any cell door, C/O Bellinger and C/O Blankenshim came up to my door asked me to cuff up so I did I was eating my lunch when they came up. First I was asked to put on a spit mask than I was cuffed I was asked to go to the ground I did some iron shackles were applied. After cruel and unusual punishment I was pulled to my feet and took down the hallway I was slammed to the wall they were ready to beat me Subject Snyder refused to go to the laboratory for check-up with a squad and refused to go to the hospital. C/O's put me in a cage still cuffed and shackled with the mask the N.R. Nurse came to talk to me they only came for one reason they wanted to give me some shot the Alpha beta shot I told them no. They insisted on convincing me I said no. I told C/O's I did nothing yet im receiving such cruel and unusual punishment from CDC staff all psychologist staff as well puts it together everyone together. Taken back up to my room C/O's Bellinger and C/O Blankenshim took all my property and left me barefoot. They printed this form out saying I was to be feed off the floor I had to go to the back of my cell and strip, then extend my pants

do you want your food you really want your food spilling it on the floor and slamming my slot. They took pleasure in doing this. Every other day we get showers under rules of regulations I was refused to get my shower as well 10 days were printed out on but C/O J. Bellinger and C/O Blankership took into their hands and gave me 48 hours more of cruel and unusual punishment. I spoke to a psych tech he called the I.E. officer C/O Granillo she had to come up to take me off punishment and removed the sandbags from my door. I was treated like an animal 12 days they released my witnesses to the yard and dropped my 115 RVR write up, because the story made no sense. Shortly after I was refused were I was afflicted more cruel and unusual punishment over in AA1BB1104. I was forced to sleep off the cold concrete floor I was refused toilet paper when it came time to relieve myself I had to use newspaper to clean myself. Cruel and unusual punishment, conspiracy, corruption, hate crimes, intentional selection of conspiracy was all used in this petition Habeas corpus petition. Now if this isn't a case what else should I add. I grew up with another family I got there last name (Tamayo). They took care of me for many years. I explain this because their are no lies you don't got to be a doctor or lawyer to know about corruption or conspiracy. Polygraph subjects involved.

MANUEL TAMAYO
TORRES JR.
CDC
#V12118

*[signature]*

#V12113

MANUEL TAMAYO TORRES JR,
                    PLAINTIFF,

VS.

MARLIN SNYDER,
C/O BELLINGER,
C/O BLACKERSHIM,
C/O GRANILLO,      DEFENDANTS,

I'D like to introduce myself and this case to the people and the court. I'd like to accomplish the fullest with the truth and this Habeas Corpus petition. My name is Manuel Tamayo Torres Jr, my father's name is Jose Enos Torres, he's a U.S. Navy seal as for my grandpa John Torres was a U.S. Navy seal. My grandpa fought Pearl Harbor and we are Caucasian white. I've had many problems with CDC due to my last name Torres I'm being held to some other ethnicity, the counselors refuse to file me white. I'm a former U.S. Marine, I never made it out to the military due to my charge of assault I picked up, I was protecting myself. I also hold credentials for the California International Guard, since I've been here in prison I've had nothing but conspiracy. A relative of mine C/O Wayne Hanan works over at San Diego Donavan reception center and the minute I walked in my we had problems. I'm white my eyes turn colors blue I got freckles on my face I just wanted to do my time to get out, I've lost 11 months C/O to racial problems, in celled with other color people. I asked the court to test my blood samples, I'm fully white, I'm waiting on some kind of response, my mother Bertha Torres call the counselors ignore her they tell her I'm told already but yet another persons mother calls they go to their cell to talk to the inmate.

Habeas corpus petitions on 9/11/07, over at California Correctional Institution Tehachapi, housed in A1L6/208, the psych tech Mr. Marlin Snyder walked in and as usual he came in taunting me but this time Marlin Snyder said my mothers name. He went around the hall Black saying I belonged to Bertha Torres I was listening very closely. When he was three doors away he kept on going, I was cleaning my cell at the time and people had either flocked. Marlin Snyder approached my cell 208, I immediately asked him for his last name he refused to give it up ask why I needed it, he gave me Mr. Ray's once another inmate told me he was lying. Marlin Snyder walked away from my cell and away from all cell doors. I didn't see what he walked off the tier before he walked away from my cell he looked at me as if we were having some kind of stand off. My neighbors down in 206 Fernando Gonzalez and Tony Kilop asked what was going on with the psych tech Marlin Snyder and why he was saying my mom's name. I already had problems with C/O staff. Sgt. Pool the counselor's because I'm a bit Hawaiian I'm a plain American with Hawaiian in me. Back in January and February of 2007 two incidents happened in Hawaii some white people were assaulted and told to leave the beach front 9 whites. And on the other one a man and his wife were beaten by a Hawaiian father and son inside a grocery parking lot.

I two C/O staff, I did nothing yet in receiving such cruel and unusual punishment from C/O staff all psychologist staff put it together taking back up to my cell C/O Bellinger and C/O Blackershim took all my property and left me bare foot. They printed this form out saying I was to be feed of the floor I said I had to go to the back cell to get my meals, yet they made me get down to the floor and taunted me saying you want your food, do you really want your food spilling it on the floor and slamming my slot. They took pleasure in doing this every day. Every other day we get showers under rules and regulations I was refused to get my shower, 10 days were.

Printed out on their form, but c/o Bellinger and c/o Blanckersham took it into their own hands and gave me 48 hours more of cruel punishment. I spoke to the psych tech and he called I.F. officer Granillo she had to come up to take me off the punishment status and removed the sandbags from my door. I was treated like an animal 12 days, they released my witnesses to the yard and dropped my 115 RVR write up. The story made no sense, shortly after i was rehoused and inflicted with more cruel punishment over in 4n/8B/104L, I was forced to sleep on the concret floor i was refused toilet paper when it came time to relieve myself i had to use news paper to clean myself. Cruel punishment, conspiracy, corruption, hate crimes intentional selection of conspiracy was all used i bl know this would complete habeas corpus petition for proper handling.

MANUEL TAMAYO TORRES JR.
CDC# V12118

[signature]

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Manuel Tamayo Torres Jr.

2254  DEFENDANTS

FILING FEE PAID
Yes___  No ✓

IFP MOTION FILED
Yes___  No ✓

COPIES SENT TO
Court ✓  Pro Se

Unknown

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Manuel Tamayo Torres Jr.
PO Box 1050
Soledad, CA 93960
V-12118

ATTORNEYS (IF KNOWN)

'08 CV 0405 BTM WMc

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ Other Contract | | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE  2/28/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Mulley