MANUEL TAMAYO TORRES JR.
NAME

V12118
PRISON NUMBER

SALINAS VALLEY STATE PRISON
CURRENT ADDRESS OR PLACE OF CONFINEMENT

SOLEDAD CALI, 93960
CITY, STATE, ZIP CODE

FILED
2008 APR -3 PM 2: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Rm DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MANUEL TAMAYO TORRES JR.,
(FULL NAME OF PETITIONER)
PETITIONER

v.

MIKE EVANS, CDW,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
RESPONDENT

and

BILL LOCKYER,
The Attorney General of the State of California, Additional Respondent.

Civil No  08CV0405 BTM (WMC)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

### FIRST AMENDED
PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   SOUTHBAY COURT HOUSE, CHULA VISTA CA.

2. Date of judgment of conviction: 8/1/03 / 11/20/03

3. Trial court case number of the judgment of conviction being challenged: SCS177819

4. Length of sentence: 6/00 TERM

CIV 68 (Rev. Jan. 2006)                                                                CV

5. Sentence start date and projected release date: <u>8/1/03/ TERM START: 11/20/03</u>
<u>RELEASE DATE: 4/30/09 - MAXIMUM RELEASE 7/19/09</u>

6. Offense(s) for which you were convicted or pleaded guilty (all counts): <u>01 P245 (A)(1)</u>
<u>ASSLT w/FORCE/GBI  P12022.7 (A) 01 INFL GBI</u>

7. What was your plea? (CHECK ONE)
    (a) Not guilty ☐
    (b) Guilty ☒
    (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a) Jury ☐
    (b) Judge only ☒

9. Did you testify at the trial?
    ☐ Yes ☒ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☐ Yes ☒ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _____
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): _____
    (d) Names of Judges participating in case (if known) _____
    (e) Grounds raised on direct appeal: _____

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _____
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): _____
    (d) Grounds raised: _____

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____

        _____

    (d) Grounds raised: _____

        _____

        _____

        _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☐ Yes  ☒ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known): _____

    (b) Nature of proceeding: _____

        _____

    (c) Grounds raised: _____

        _____

        _____

        _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☐ Yes  ☒ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known):_____

    (b) Nature of proceeding: _____

    (c) Names of Judges participating in case (if known)_____
    _____

    (d) Grounds raised: _____
    _____
    _____

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes   ☐ No

    (f) Result: _____

    (g) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes   ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known):_____

    (b) Nature of proceeding: _____
    _____

    (c) Grounds raised: _____
    _____
    _____
    _____
    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes   ☐ No

    (e) Result: _____

    (f) Date of result (if known): _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____
_____
_____
_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☐ Yes ☒ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? U.S. DISTRICT COURT SAN DIEGO
        (i) What was the prior case number? 3:08-vc-405/CIVIL NO. 08cv0405-BTM(WMc)
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☒ Dismissed for procedural reasons?
        (iii) Date of decision: 3/11/08
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☒ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☒ Yes ☐ No

---

**CAUTION:**
- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: CRUEL AND UNUSUAL PUNISHMENT TO CAUSE DEATH BY HEALTH ISSUE

Supporting FACTS: THE 115 WRITE UP WAS DROPPED FOR ASSAULT ON A NON PRISONER BUT ASSAULT ON STAFF. 10 DAYS WERE THE PUNISHMENT DEAL, CORRECTIONL OFFICERS OVER AT CALIFORNIA CORRECTIONAL INSTITUTION TEHACHAPI TOOK APON THEIR SELVES TO GIVE ME 48 HOURS MORE OF CRUEL PUNISHMENT. C/O'S J. BELLINGER, C/O BLANCKERSHIM, C/O GRANILLO TOOK PLEASURE IN BREAKING RULES, C/O GRANILLO I.E. HEARING OFFICER TOOK ME OFF PUNISHMENT. THEY ASKED IF I WANTED MY FOOD WHILE KNEELED ON THE FLOOR AND EITHER SKIP ME OR THROW THE MEAL ALL OVER THE FLOOR, NOTHING BUT DIRT AND HAIR WAS LEFT ON WHAT WAS OF MEAL. I WAS REFUSED SHOWERS DURING THAT PERIOD, ALL MY PROPERTY WAS TAKEN, AND WHEN I GOT MY PROPERTY BACK MY SHOWER SANDOLS WERE MISSING. ONE SGT. POOL WAS ALWAYS ON ME INTENTIONAL SELECTION BLAIMING MAYBE ON ME BEING A BIT HAWAIIAN, BUT IT ALL COMES BACK TO C/O WAYNE HOLMAN OF DONOVAN RECEPTION CENTER SAN DIEGO. IF I WAS TO DIE DUE TO HEALTH ISSUES CAUSED BY CDC C/O WAYNE HOLMAN THINKS HE AND THE REST OF THE FAMILY WOULD GET INSURANCE MONEY ON LAW SUITS PENDING. CDC POISONED ME ALREADY.

Did you raise GROUND ONE in the California Supreme Court?

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

(b) **GROUND TWO**: CONSPIRACY AND CORRUPTION TO CAUSE DEATH TO A NATURAL CAUSE, TO SAY A NATURAL CAUSE, TO FINISH A JOB THAT WAS STARTED WITH PHARMACEUTICALS.

Supporting FACTS: ON 9/1/07, THE PSYCH TECH MR. MARLIN SNYDER CAME AROUND SAYING MY MOTHERS NAME BERTHA TORRES. THAT I BELONGED TO BERTHA TORRES, CCI 4A/8C/208, MY WITNESSES ARE FERNANDO GONZALEZ AND TONY KILGOR [KILMOR] 4A/8C/206. THEY WERE RELEASED TO THE YARD BEFORE MY HEARING! I ASKED MR. SNYDER FOR HIS LAST NAME HE REFUSED, HE CALLED C/O'S TOLD THEM I ASSAULTED HIM. HE HAD HIS BACK TURNED AT MY CELL DOOR FIVE FEET DOWN, HE TOLD C/O'S HE FELT A DROPLET OF WATER ON THE FRONT OF HIS FOREHEAD. MR. SNYDER REFUSED MEDICAL HELP BEING FREE, HE ALWAYS GAVE ME A GLOOMY LOOK FULL OF EVILNESS. I WAS MOVED TO 4A/6B/104 WERE I HAD TO SLEEP ON CONCRETE TO NOT ONE REASON. C/O'S THEIR ONE T.I. DAVIS AND ANOTHER OPENED MY DOOR TO FIGHT, I WENT BACK TO THE WALL. THE MORE THE PSYCH'S GET ME GOING THE BETTER CHANCE THEY HAVE TO GETTING ME TO STROKE OR HEART ATTACK DUE TO GRISIOFULVIN 500 MGS, 75,000 MGS IN MY BLOOD A HEART PILL ONLY FOR WOMAN. IT WAS INSTINT DEATH BUT IM ALIVE, BUSPIRONE WAS ALSO GIVEN BIRTH [BEARTH] CONTROL PILLS, IM IN SERIOUS PAIN AT THIS TIME. CDC THINKS I WOULD BE PUSHED AT ANY TIME, THE LAW SUITS FILED WILL NEVER GO TO THE TAMAYO FAMILY. I'VE SUFFERED MUCH HUMILIATION AND LIFE THREATNING TIMES. D.A. REFFERRAL WAS FILED THAN DROPPED INSTINTLY TO KERN COUNTY, C/O STAFF AND PSYCHOLOGIST MENTIONED MY MOTHERS NAME. LOTS OF CONFLICT AND INTREST.

Did you raise GROUND TWO in the California Supreme Court?

☐ Yes ☒ No.

    If yes, answer the following:

    (1) Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2) Case number or citation: _____

    (3) Result (attach a copy of the court's opinion or order if available): _____

(c) **GROUND THREE**: PAGE TWO: CONSPIRACY AND CORRUPTION

**Supporting FACTS**: DURING MY TIME IN THE HOLE OVER AT CCI. CALIFORNIA CORRECTIONAL INSTITUTION I WAS REFUSED A TOOTHBRUSH, TIOLET PAPER, YOU SEE I USED NEWSPAPER TO CLEAN MYSELF AFTER VOWING MYSELF OF LEFTOVERS. I WAS PLACED IN THE HOLE BY K. SAMPSON APPEALS LADY FOR FILING, SHE CLEARLY TOLD ME, THREATNED ME OVER THE PHONE IN COUNSELOR CAMACHO'S OFFICE IF I APPEALED ONE MORE TIME I WAS GOING TO THE HOLE, I STOPPED APPEALING I WENT TO THE HOLE EVAN AFTER I STOPPED. I STOPPED TAKING PILLS PSYCH PILLS FOR 6 MONTHS TO GET OFF THE PSYCH CCCMS PROGRAM, THEY REFUSED TO GET ME OFF. MY STOMACH STARTED THROWING EVERYTHING UP, I REPORTED IT TO PSYCHOLOGIST MR. NAGULA HE SAYS, 'OH WELL! NOT MY PROBLEM.' YOU DRAG A GREAT WHITE SHARK BACKWARDS HE DIES, VERY SIMILAR. IN THE HOLE EVERY INMATE HAS A EMPTY MILK CARTEN AND IN THOSE MILK CARTENS YOU'LL FIND WATER IN THEM. CALIFORNIA CORRECTIONAL INSTITUTION TRIED TO USE THAT AGAINST ME AS EVIDENCE, CDC TOOK PICTURES OF THE HOLES CARVED UP IN THE CELL FLOOR AS EVIDENCE FOR THE D.A! THE STORY ALONE TOLD AND SOLD ITSELF. ALL SUPPORTING FACTS AND MORE.!

Did you raise **GROUND THREE** in the **California Supreme Court**?

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

(d) **GROUND FOUR**: CONSPIRACY AND CORRUPTION

Supporting FACTS: IM HERE ON A 245 ASSAULT, USE OF FORCE, AND A (GBI) GREAT BODILY INJURY WITH "INTL" GBI. WHAT BETTER WAY OF GETTING ME, ACCUSING ME OF ASSAULT ON STAFF, YOU'D THINK THE PERFECT SET UP, AFTER ALL IM HERE ON ASSAULT. ONLY IF THE STORY CHECKED OUT, IT NEVER DID! BECAUSE OF THIS IT WAS DROPPED BUT IMAGINE THE TIME I WOULD OF GOT! THEY KEEP ME FROM GOING TO DONOVAN RECEPTION CENTER SAN DIEGO DUE TO THE LIES, ON 3/23/07, A COUPLE MONTHS BEFORE THIS I WAS ASSAULTED AND TORTURED BY STAFF. SCARS WHEIR LEFT ON MY ANKLES, THAT VERY DAY I WAS ASSAULTED AGAIN BY STAFF COMING BACK FROM THE SHOWER. BY LAW I GOT FULL AMMUNITY AND THE TRUTH WILL BE TOLD, IM HERE ON SELF PROTECTION I WAS FRAMED BY ANOTHER RACE THAT WENT TO TRAIL TO TESTIFY AGAINST ME, THESE PEOPLE PROTECTED THE GUY RESPONSABLE FOR THE FIGHT. "ARMANDO AGUILAR" GOT ONE YEAR WITH HALF TIME I THINK THIS PERSON STABBED THE VICTIM MR. DALE WOODS THEY WANTED TO CHARGE ME WITH THAT. "ARMANDO AGUILAR"S BROTHER WORKS AS A C/O'S GEORGE W. BAILEY SAN DIEGO, A BUNCH OF MEXICAN S.D.P.D. OFFICERS TESTIFIED AGAINST ME IN AT TRAIL! ALL CONSPIRACY.

Did you raise **GROUND FOUR** in the **California Supreme Court**?

☐ Yes ☒ No.

If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2)    Case number or citation: _____

    (3)    Result (attach a copy of the court's opinion or order if available): _____

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☒ Yes  ☐ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
    (b) Case Number: PENDING
    (c) Date action filed: MAILE TO COURT 1/15/08
    (d) Nature of proceeding: PENDING
    (e) Name(s) of judges (if known): VOID NOT KNOWN / JUDGE NAPOLEAN A. JONES, JR. / JUDGE BARRY TED MOSKOWITZ
    (f) Grounds raised: MEDICAL MAL-PRACTICE, PSYCHIATRIC MAL-PRACTICE, CORRECTIONAL BRUTALITY, ROBBERY, CRUEL PUNISHMENT, CONSPIRACY AND CORRUPTION, HATE CRIME ON INTENTIONAL SELECTION, FALSIFING MY IDENTITY HOLDING ME, PREMEDITATED ATTEMP TO MANSLAUGHTER AND MURDER DUE TO PSYCHIATRIC AND MEDICAL MAL-PRACTICE.
    (g) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _____
    (b) At arraignment and plea: _____
    (c) At trial: _____
    (d) At sentencing: _____
    (e) On appeal: _____
    (f) In any post-conviction proceeding: _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

CIV 68 (Rev. Jan. 2006)                    -10-                                         cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☒ No

28. Consent to Magistrate Judge Jurisdiction

   In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

   You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

CIV 68 (Rev. Jan. 2006)

-11-

cv

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: 3/30/08

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___3/30/08___        _____
(DATE)                   SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)         -12-                                cv