FILED
APR - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO CLERK OF U.S. COURT, 08CV0405 BTM (WMC) I'D LIKE TO CLOSE A CASE I RE-FILED MAILED IN ON 3/31/08. CIVIL DOCKET FOR CASE #: 3:08-CV-00405-BTM-WMC, WAS CLOSED WITH A DEAD-LINE OF MAY 12, 2008. THAT VERY CASE WENT THROUGH IN FORMA PAUPERIS CIVIL DOCKET FOR CASE #: 3:08-CV-00427-J-AJB. AND TRANSFERED TO THE EASTERN DISTRICT COURT, FRESNO. I SEE NO OTHER REASON TO HAVE THAT SAME CASE FILED IF IT'S BEEN FILED TO DEFENDANT "MARLIN SNYDER" THE ONE CLOSED WAS DUE TO DEFENDANT, UNKNOWN DEFENDANT I'VE BEEN CHARGED THE $350.00 FILING FEE AND THE NEW FIRST AMENDED $250.00 FILING FEE SHOULD BE DROPPED IF NOT NEEDED ANYMORE. WE DON'T WANT TWO COURT DATES OF THE CASE AND NATURE IN MOTION, WELL THANK YOU FOR YOUR TIME AND PATIENCE.

4/6/08                              MANUEL TAMAYO
                                    TORRES JR.
                                    V12118