# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Manuel Tamayo Torres, Jr.

          **V.**                    **JUDGMENT IN A CIVIL CASE**

Mike Evans, Warden

                 **CASE NUMBER:**    08cv0405-BTM(WMc)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the motion to voluntarily dismiss action is granted. The case is dismissed without prejudice.

| May 13, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/V.Trujillo
(By) Deputy Clerk

ENTERED ON May 13, 2008